# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TITO McGILL, | : | |
| | : | |
| Petitioner | : | |
| | : | CIVIL NO. 3:CV-16-0562 |
| v. | : | |
| | : | (Judge Caputo) |
| SUPERINTENDENT THOMAS | : | |
| McGINLEY, et *al.*, | : | |
| | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this **4th** day of **AUGUST, 2017,** upon consideration of the Petition

under 28 U.S.C. § 2254 and for the reasons stated in the accompanying memorandum,

it is ordered that:

1.   The Petition (ECF No. 1) for writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED without prejudice** to Mr. McGill's right to pursue federal habeas corpus relief at the conclusion of the state collateral review process.

2.   Petitioner's Motion to Stay (ECF No. 2) is **DENIED**.

3.   The Clerk of Court shall close this file.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**